United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1867

_____

| | |
|---|---|
| Richard Mathis; Doyle Mathis; | * |
| Scot Mathis; Leona Mathis, | * |
| | * |
| Appellants, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of South Dakota. |
| Internal Revenue Service, United States | * |
| of America, ex rel. the Internal | * **[UNPUBLISHED]** |
| Revenue Use Service, | * |
| | * |
| Appellee. | * |

_____

Submitted: December 3, 1997
Filed: January 6, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.


Richard, Doyle, Scot, and Leona Mathis (Mathises) appeal from the district court's[1] adverse grant of summary judgment in their action asserting a wrongful levy

_____

[1]The HONORABLE LAWRENCE L. PIERSOL, United States District Judge for the District of South Dakota.

claim pursuant to 26 U.S.C. § 7426.  After reviewing the record and the parties' briefs, we conclude the district court correctly determined the Mathises lacked standing to maintain this action.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.